# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SCOTT F. LINDE, ROBERT HESSLING, AND JOHN PIEPOLI | :    No. 528 MAL 2015 |
| | : |
| | : |
| | :    Petition for Allowance of Appeal from |
| v. | :    the Order of the Superior Court |
| | : |
| | : |
| LINDE ENTERPRISES, INC. | : |
| ------------------------------------------------------- | : |
| | : |
| SCOTT F. LINDE, SHAREHOLDER AND DIRECTOR OF LINDE ENTERPRISES, INC. AND JOHN PIEPOLI, DIRECTOR OF LINDE ENTERPRISES, INC. | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| LINDE ENTERPRISES, INC., BARBARA LINDE, ERIC LINDE, AND GARY LINDE | : |
| | : |
| | : |
| PETITION OF: SCOTT F. LINDE, ROBERT HESSLING AND JOHN PIEPOLI | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.